UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
<u>SOUTHERN DIVISION</u>

In re:                                     In Bankruptcy

**PAUL & SHELLY HEBEL**                    *Case No.: 09-47914-PJS*
                                           *Chapter 7*
                                           *Honorable PHILLIP J. SHEFFERLY*

_____Debtor (s)_____/

NOTICE OF UNDER $5.00 DIVIDEND

TO THE CLERK OF THE COURT:

The attached check in the amount of $8.14 represents the total sum of under $5.00 dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The name(s) and address(es) of the Party(ies) associated with these dividends is (are) as follows:

| CREDITOR NAME | CLAIM NO. | AMOUNT OF DIVIDEND |
|---|---|---|
| ASSET ACCEPTANCE, LLC<br>PO Box 2036<br>Warren, MI 48090 | 2 | $4.53 |
| PYOD, LLC<br>Assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | 3 | $3.61 |

Dated: April 13, 2010

/s/ BASIL T. SIMON (P26340)
Chapter 7 Trustee
422 W. Congress, Suite 400
Detroit, MI 48226
313/962-6400
bsimon@sszpc.com